```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

         DEC 29 2010

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD WAYNE BEALL, | |
| Plaintiff, | 3:10-cv-00629-RCJ-VPC |
| vs. | **ORDER** |
| NEVADA DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

Ronald Beall, a prisoner at the Northern Nevada Correctional Center, submitted a *pro se* document entitled Notice of Appeal and Opening Brief (received October 6, 2010) (Docket #1). The appeal is an apparent attempt to attack a decision by the Nevada Supreme Court, but seeks an award of money damages. Plaintiff did not submit the required filing fee or an application for leave to proceed in *forma pauperis*. Accordingly, this action shall be dismissed without prejudice and the Clerk shall be directed to return the complaint and the proper in *forma pauperis* form and instructions to plaintiff. Plaintiff must pay the filing fee of $350 or submit the completed in *forma pauperis* form with his complaint in order to proceed with his litigation.

**IT IS THEREFORE ORDERED** that the Clerk shall return the complaint to plaintiff along with the proper form and instructions for application to proceed in *forma pauperis*.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED** without prejudice. The Clerk shall enter judgment accordingly.

Dated: December 29, 2010

_____
UNITED STATES DISTRICT JUDGE